# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o JAMES C. HALL, | ) ) ) |
| Plaintiff, | ) Case No. 4:17-cv-00092 ) ) |
| v. | ) ) |
| ELECTROLUX HOME PRODUCTS, INC., SENSATA TECHNOLOGIES, INC., NUEVA GENERACION MANUFACTURAS S.A. de C.V. and SAMSUNG ELECTRONICS AMERICA, | ) ) ) ) ) |
| Defendants. | ) ) |

## **NOTICE OF REMOVAL**

Comes now Defendant, Electrolux Home Products, Inc. ("EHP"), by counsel, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, on the basis that this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship) and in support thereof, states:

1. This Court has original jurisdiction and removal is proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff, State Farm Fire and Casualty Company, as Subrogee of James C. Hall ("Plaintiff"), and the Defendants, EHP, Sensata Technologies, Inc. ("Sensata"), Nueva Generacion Manufacturas S.A. de C.V. ("Nueva"), and Samsung Electronics America ("Samsung") (collectively, Defendants"), and the amount in controversy exceeds the sum of $75,000.00, exclusive of attorney's fees, costs and interest.

2. A copy of all State Court pleadings, including the Complaint and Summons, is attached as Exhibit "A."

3. In the attached Complaint, filed on or about April 21, 2017, in the Washington County Superior Court, under Cause No. 88C01-1704-CT-000237, Plaintiff alleges that as a result of an alleged defect in a refrigerator that was allegedly manufactured by Defendants, Plaintiff's insured, James C. Hall, incurred damage to his property.  Plaintiff alleges the damages incurred total $135,811.96.  Therefore, the amount in controversy exceeds $75,000.00 and satisfies the jurisdictional requirements of 28 U.S.C. § 1332.

4. Electrolux was served with Plaintiff's Complaint by certified mail on April 25, 2017.

5. This Notice of Removal is timely filed, within thirty (30) days of EHP's notice of the suit.

6. Plaintiff is an Illinois corporation with its principal place of business in Illinois.

7. At the time of the incident which is the subject of Plaintiff's Complaint, Plaintiff's insured, James C. Hall, was a resident of Washington County, Indiana.

8. Defendant, Electrolux Home Products, Inc., is a Delaware Corporation with its principal place of business in Charlotte, North Carolina.

9. Defendant, Sensata Technologies, Inc. ("Sensata"), is a Delaware Corporation with its principal place of business in Attleboro, Massachusetts.  Sensata consents to removal of this cause of action to federal court.

10. Defendant, Nueva Generacion Manufacturas S.A. de C.V., is a foreign corporation with its principal place of business in San Antonio Azcapotzalco, Mexico.

11. Defendant, Samsung Electronics America, Inc. ("Samsung"), is a New York Corporation with its principal place of business in Ridgefield Park, New Jersey.  Samsung consents to removal of this cause of action to federal court.

12. A copy of this Notice is being contemporaneously filed with the Clerk of the Superior Court of Washington County, Indiana.

WHEREFORE, Defendant, Electrolux Home Products, Inc., respectfully removes this action from the Washington County Superior Court, Indiana, bearing Cause No. 49D10-1612-PL042673, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

                RILEY BENNETT EGLOFF LLP

                /s/ Sarah M. Marr
                Sarah M. Marr
                No. 28289-49
                Justin O. Sorrell
                No. 30866-49
                Attorneys for Defendant,
                Electrolux Home Products, Inc.

RILEY BENNETT EGLOFF LLP
Fourth Floor
141 E. Washington Street
Indianapolis, Indiana 46204
(317) 636-8000
(317) 636-8027 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2017, a copy of the foregoing *Notice of Removal* was filed electronically. A true and exact copy of this filing has been served via First Class United States Mail, postage prepaid, upon:

Patrick C Thomas
KAHN, DEES, DONOVAN & KAHN, LLP
501 W. Main St.
Suite 305
P.O. Box 3646
Evansville, IN 47735-3646

James M. Hinshaw
Andrew M. Pendexter
Bingham Greenebaum Doll LLP
2700 Market Tower
10 West Market Tower
Indianapolis, IN  46204

James Williams
Edward DeVries
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
55 West Monroe Street
38th Floor
Chicago, IL  60603

                                               /s/ Sarah M. Marr
                                              Sarah M. Marr

JOS/6106.042/