06607.01043

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY            ) | |
| )| |
| **Plaintiff,**            ) | |
| ) | |
| v.            ) | No. 4:17−cv−00092−TWP-DML |
| ) | |
| ELECTROLUX HOME PRODUCTS,            ) | |
| INC., et al.            ) | |
| ) | |
| **Defendants.**            ) | |

## ORDER GRANTING
## JOINT MOTION TO DISMISS
## DEFENDANT, SAMSUNG ELECTRONICS AMERICA, INC.'S

This matter is before the Court on Plaintiff, State Farm Fire and Casualty Company and Defendant, Samsung Electronics America, Inc.'s Joint Motion to Dismiss. The Court, having reviewed said Motion, finds that the Motion should be GRANTED.

It is therefore adjudged, ordered, and decreed that this action is hereby dismissed with prejudice as it relates to Defendant, Samsung Electronics America, Inc. only, with each party to bear its own costs.

Date: 10/16/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All counsel of record.

1

2587423v.1