UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o JAMES C. HALL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:17−cv−00092−TWP−DML ) |
| ELECTROLUX HOME PRODUCTS, INC., et al. | ) ) ) ) |
| Defendants. | ) |

## ORDER

This Court, having considered the Stipulation of Dismissal with Prejudice submitted by the parties, finds that the Stipulation should be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice as to Defendant Electrolux Home Products, Inc., the parties to bear their own costs, including attorneys' fees.

Only Defendant Nueva Generation Manufacturas S.A. DE C.V. remains in this case, and they have not answered or appeared.

Date: 3/11/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.