UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o JAMES C. HALL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 4:17−cv−00092−TWP−DML<br>) |
| ELECTROLUX HOME PRODUCTS, INC. and NUEVO GENERACION MANUFACTURAS S.A. DE C.V., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

This matter having come before this Court on the Motion of Plaintiff, State Farm Fire & Casualty Company a/s/o James C. Hall, to dismiss this cause of action against Nuevo Generacion Manufacturas S.A. De C.V., and the Court being duly advised in the premises, now **GRANTS** said Motion.

It is therefore **CONSIDERED, ORDERED, ADJUDGED and DECREED** that this cause be dismissed and the same hereby is dismissed against the Defendant, Nuevo Generacion Manufacturas S.A. De C.V., with prejudice, the parties to bear their own costs, including attorney fees.

Date: 3/15/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

COPY TO:

Distributed Electronically to Registered Counsel of Record